UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANNE GONZAGA, | No. 09-4521 SI |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| PAUL COPENHAVER, warden, | |
| Respondent. | |

Lianne Gonzaga filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. She thereafter requested that the petition be withdrawn because she had not exhausted administrative remedies before filing it. Upon due consideration, Gonzaga's request to withdraw the petition is GRANTED. (Docket # 3.)

This action is dismissed without prejudice. The clerk shall close the file.

IT IS SO ORDERED.

DATED: December 15, 2009

SUSAN ILLSTON
United States District Judge